IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK J. FERNANDEZ,               )<br>                      )<br>       Plaintiff(s),          )<br>                      )<br>   v.                 )<br>                      )<br>DR. C DAVID, et al.,          )<br>                      )<br>       Defendant(s).         )<br>_____) | No. C 06-0888 CRB (PR)<br><br>ORDER<br><br>(Doc # 9 & 16) |

In light of the clerk's declinations of default filed on October 27, 2006 and January 23, 2007, plaintiff's motions for default judgment (docs # 9 & 16) are DENIED.

Plaintiff is advised that the court recently ordered the U.S. Marshal to serve the following defendants at Pelican Bay State Prison again:  Dr. C. David, Nurse Becker, MTA Ghram, Sergeant Traylor and Appeals Coordinator D. W. Bradbury.

SO ORDERED.

DATED: Feb. 01, 2007

CHARLES R. BREYER
United States District Judge