UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

**FILED**

FEB 1 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FRANK J. FERNANDEZ,

    Plaintiff - Appellant,

v.

C. DAVID, M.D.; et al.,

    Defendants - Appellees.

No. 08-15118

D.C. No. Cv-06-00888-CRB

**ORDER**

This appeal has been taken in good faith [X]

This appeal is not taken in good faith [ ]

Explanation: _____

_____

_____

_____

Judge
United States District Court

Date: Feb. 11, 2008